---

JUDGE THOMAS D. LAMBROS (4713)

---

Filed : 05/15/89 NOS : 368 Origin : 1 Jury Demand: P Demand : 0

County: 88888 Juris: 3 Rule 23: Dversity(P): Dversity(D):

Fee Type : 7 Fee Status : P

46 USC 688 - JONES ACT, ASBESTOS PERS. INJURY PRODUCT LIABILITY

Remarks: OALM

---

PARTIES

| | |
|---|---|
| P 1) RANDLE, EMMITT | P 2) RAYNOR JR., CHARLES W. |
| P 3) REEVES, ALBERT M. | P 4) REGNER, FREDERICO S. |
| P 5) REICHER, STEVEN D. | P 6) REISKIS, AUGUST |
| P 7) RENNIE, JOHN A. | P 8) REYES, FRANK C. |
| P 9) RICE, CARL W. | P 10) RICHARDSON, ISAAC |
| P 11) RICKL, LOUIS G. | P 12) RIESGO, SANTIAGO B. |
| P 13) RINCON, RICHARD P. | P 14) RITCHEY, DONALD E. |
| P 15) RIVERA JR., ANTONIO | P 16) RIVERA, FERNANDO |
| P 17) RIVERA, MIGUEL | P 18) ROBERTS, RALPH E. |
| P 19) ROBERTSON, CHARLES R. | P 20) ROCHA, JOSE F. |
| P 21) RODRIGUES, PETER R. | P 22) RODRIGUEZ, ARTURO |
| P 23) RODRIGUEZ, BIENVENIDO C. | P 24) RODRIGUEZ, ESMERALDO |
| P 25) ROHRSETZER, DANIEL | P 26) ROJAS, DANIEL |
| P 27) ROJAS, DAVID | P 28) ROMER, ALBERT |
| P 29) ROMO, JOSE I. | P 30) ROSARIO, ISRAEL |
| P 31) ROY, GEORGE A. | P 32) RUBIO, KEITH J. |
| P 33) RUCHTY, JOSEPH | P 34) RUIZ, OSCAR F. |
| P 35) RUNDBLAD, DONALD A. | P 36) RUTHLEDGE, JAMES O. |
| P 37) RYALL JR., THEODORE L. | P 38) RYBERG, DAVID A. |
| P 39) SAARI, CARL R. | P 40) SAIMSON, ROBERT |
| P 41) SALAZAR, ALFONSO | P 42) SALAZAR, ROGELIO J. |
| P 43) SALEH, HASSAN M. | P 44) SALERNO, IGNATIUS |
| P 45) SAM, JOHN C. | P 46) SAMBULA, ZACARIAS |
| P 47) SAN FILIPPO, JOSEPH S. | P 48) SANCHEZ, WILLIAM |
| P 49) SANIDAD, HENRY C. | P 50) SANTIAGO, LOUIS |
| P 51) SANTOS, VICTOR M. | P 52) SAUNDERS, RONALD C. |
| P 53) SAYLES, CALEB W. | P 54) SCARIANO, LUKE B. |
| P 55) SCHANDL, FRANK J. | P 56) SCHEIDT, LEO A. |
| P 57) SCHEUERMAN, ROBERT E. | P 58) SCHINDLER, OTTO W. |
| P 59) SCHMITZ, MARVIN A. | P 60) SCHROEDER, WILLIAM D. |
| P 61) SCHWANKE, PHILLIP G. | P 62) SCOTT, CHARLES M. |
| P 63) SELVIG, ROLF S. | P 64) SERIO, SALBATA |
| P 65) SERRANO, GUSTAVO | P 66) SHANOFF, ROBERT J. |
| P 67) SHEEHAN, JOHN J. | P 68) SHELDON, FRANK M. |
| P 69) SHERO, HARVEY E. | P 70) SHERWOOD, VINCENT L. |
| P 71) SHILOH, EARNEST | P 72) SHINE, DON |
| P 73) SHINSKI, RAYMOND G. | P 74) SIEMSEN, GARY V. |
| P 75) SIKAFFY, RALPH | P 76) SILKETT, FRED F. |
| P 77) SILVA, WALTER | P 78) SIMONEAUX SR., LEROY H. |
| P 79) SIMOS, SIMEON M. | P 80) SLAGLE, RICHARD L. |

------------------------------------------------------------------------------------------

PARTIES

| | |
|---|---|
| P 81) SMALLS, GEORGE H. | P 82) SMITH, EDWARD C. |
| P 83) SMITH, HARRY | P 84) SMITH, JAMES E. |
| P 85) SMITH JR., MAJOR | P 86) SMITH, ROBERT A. |
| P 87) SMITH, ROBERT W. | P 88) SMITH, STANLEY E. |
| P 89) SMITH, SYLVESTER | P 90) SMITH, WILLIAM R. |
| P 91) SNEAD, HUBERT L. | P 92) SOBECKI, JOHN J. |
| P 93) SOUFFRONT, LUISA F. | P 94) SOYRING, EUGENE H. |
| P 95) SOYRING, RAYMOND E. | P 96) STACKHOUSE, ROBERT E. |
| P 97) STAHL, RALPH E. | P 98) STAMP, HILDBRAND |
| P 99) STANBERRY, EDWARD S. | P 100) STANQUITS, JACK J. |
| P 101) STOKES, RAYMOND | P 102) STOVALL, HARVEY E. |
| P 103) STRICKLAND, GLEN J. | P 104) STUDY, JOHN |
| P 105) SUAREZ, JORGE | P 106) SULLIVAN, ROBERT M. |
| P 107) SUMMERS, PURCELL | P 108) SUNG, JOHN |
| P 109) SUSKA, VLADK | P 110) SUTHERLAND, HAL M. |
| P 111) SUTHERLAND, JOHN P. | P 112) SZYMANOWSKI, LEONARD |
| P 113) SZYNAL, WALTER L. | P 114) TABONE, MICHAEL J. |
| P 115) TAHTINEN, RICHARD D. | P 116) TALIAFERRO, WILLIAM |
| P 117) TAPARAUSKAS, GEORGE M. | P 118) TAPIA, CARMELO |
| P 119) TATE, EUGENE | P 120) TAYLOR, CHARLES A. |
| P 121) TAYLOR, CLYDE A. | P 122) TAYLOR, DARWIN |
| P 123) TAYLOR, GEORGE | P 124) TAYLOR, PAUL W. |
| P 125) TAYLOR, THEODORE | P 126) TAYLOR, WILLIE |
| P 127) TEXIDOR, LUIS C. | P 128) THOMAS, ROSS J. |
| P 129) THOMPSON, DAVID B. | P 130) THOMPSON, EDWARD C. |
| P 131) THOMPSON, WILLIAM J. | P 132) TIRADO, CARLOS M. |
| P 133) TIRZO, PABLO | P 134) TITUS, JAMES C. |
| P 135) TOIVONEN, SULO A. | P 136) TOMLINSON, ELSADIA L. |
| P 137) TORNIO, DONALD W. | P 138) TORRACA, JUAN |
| P 139) TORRES, JOSE V. | P 140) TORRES, NICHOLAS |
| P 141) TOUSSAINT, LAWRENCE | P 142) TRASER, WILLIAM C. |
| P 143) TRESVANT, WILLIAM D. | P 144) TRIMBLE, BENNIE L. |
| P 145) TUCK, DONALD V. | P 146) TUCKER, REUBEN F. |
| P 147) TULLOCK, LEO C. | P 148) TYNES, HOWARD T. |
| P 149) TYYKILA, VERNER R. | P 150) VALENCIA, JORGE |
| P 151) SEVEREN, AUGUSTIN VAN | P 152) VAN BREUKELEN, ANTONIUS |
| P 153) VANDERLEE, JACOBUS | P 154) VARAS SR., JOHN |
| P 155) VARGAS, FAUSTINO | P 156) VARGAS, RAMON L. |
| P 157) VASQUEZ, ERNESTO V. | P 158) VAZQUEZ, JOSE A. |
| P 159) VEGA, ALEJANDRO | P 160) VEGA, ANTONIO |
| P 161) VEGA, SIXTO | P 162) VIDAILLET, CRISTOBAL |
| P 163) VIEIRA, JAMES E. | P 164) VILLAMOR, FELIX |
| P 165) VILLEGAS, MIGUEL A. | P 166) VOGEL, WILLIAM G. |
| P 167) WACHSMUTH JR., JULIAN H. | P 168) WADSWORTH, EARNEST D. |
| P 169) WALKER SR., EDDIE L. | P 170) WALKER, THOMAS J. |
| P 171) WALTERS, AL J. | P 172) WALTON, JAMES M. |
| P 173) WARDEN, MARCELINE I. | P 174) WARSINSKE, JAMES O. |
| P 175) WASHINGTON, NATHAN I. | P 176) WASHINGTON, WALTER J. |
| P 177) WATERFIELD, RAYMOND E. | P 178) WEBB, CECIL D. |
| P 179) WEIS, WILLIAM B. | P 180) WEISS, BERNARD L. |
| P 181) WELLS, GLENN M. | P 182) WELLS, WALTER R. |
| P 183) WHITE, CARLTON | P 184) WHITE, GARY A. |
| P 185) WHITE III, RODNEY C. | P 186) WHITE, JOHN J. |

UNITED STATES DISTRICT COURT    07/18/89          DKT #: 1:89CV10520
NORTHERN DISTRICT OF OH (0647)
CLEVELAND DIVISION                                  PAGE 3

RANDLE V FOSTER WHEELER CO

PARTIES

P 187) WHITING, MARLYNN R.          P 188) WIEME, LARRY A.
P 189) WILLETS, FRANK D.            P 190) WILLIAMS, CHARLES C.
P 191) WILLIAMS, ELIJAH             P 192) WILLIAMS, ELMO
P 193) WILLIAMS, ISAIAH R.         P 194) WILLIAMS JR., WILLIE
P 195) WILLIAMS, RICHARD           P 196) WILLIAMS, ROY E.
P 197) WILLIAMS, SAMUEL            P 198) WILLIAMS, SYLVESTER
P 199) WILLIAMS, ZACK              P 200) WILSON, CHESTER
P 201) WILSON, HERMAN              P 202) WILSON, MELVIN W.
P 203) WINDETT, GEORGE S.          P 204) WING, YAU V.
P 205) WINSTEAD, JAMES A.         P 206) WINSTON, CHRISTIAN
P 207) WISE, FREGMAN               P 208) WISE, JAMES
P 209) WOLFE SR., ALLEN C.         P 210) WOOD, KELSEY
P 211) WOODSON, DAVID L.          P 212) WOZNAK, JOHN
P 213) WRIGHT, ALONZO              P 214) WRIGHT, DANIEL L.
P 215) WRIGHT, TOM H.              P 216) YANCEY, CHARLES O.
P 217) YEE, GILBERT G.             P 218) YELVERTON, JAMES C.
P 219) YOUNG, LARRY P.             P 220) ZABALA, JUAN E.
P 221) ZAVALA, CARLOS H.          P 222) ZAVALA, FERNANDO
P 223) ZEDA, JOSE                  P 224) ZESCHITZ, JOSEPH
P 225) ZOMBRANO, FEDERICO N.

D 226) FOSTER WHEELER CO.         D 227) WESTINGHOUSE ELECTRIC CORP.
D 228) GENERAL ELECTRIC CO.

---

PARTY                                     ATTORNEY

P 1) RANDLE, EMMITT

                                    JAQUES, LEONARD C.
                                    JACQUES ADMIRALTY LAW FIRM
                                    1370 PENOBSCOTT BLDG.
                                    DETROIT, MI. 48226
                                    Phone:313-961-1080
                                    ID: 260015450   BAR NUMBER: P15450

P 2) RAYNOR JR., CHARLES W.

                                    JAQUES, LEONARD C.

P 3) REEVES, ALBERT M.

                                    JAQUES, LEONARD C.

P 4) REGNER, FREDERICO S.

                                    JAQUES, LEONARD C.

P 5) REICHER, STEVEN D.

                                    JAQUES, LEONARD C.

P 6) REISKIS, AUGUST

                                    JAQUES, LEONARD C.

| PARTY | ATTORNEY |
|-------|----------|
| P  7) RENNIE, JOHN A. | JAQUES, LEONARD C. |
| P  8) REYES, FRANK C. | JAQUES, LEONARD C. |
| P  9) RICE, CARL W. | JAQUES, LEONARD C. |
| P 10) RICHARDSON, ISAAC | JAQUES, LEONARD C. |
| P 11) RICKL, LOUIS G. | JAQUES, LEONARD C. |
| P 12) RIESGO, SANTIAGO B. | JAQUES, LEONARD C. |
| P 13) RINCON, RICHARD P. | JAQUES, LEONARD C. |
| P 14) RITCHEY, DONALD E. | JAQUES, LEONARD C. |
| P 15) RIVERA JR., ANTONIO | JAQUES, LEONARD C. |
| P 16) RIVERA, FERNANDO | JAQUES, LEONARD C. |
| P 17) RIVERA, MIGUEL | JAQUES, LEONARD C. |
| P 18) ROBERTS, RALPH E. | JAQUES, LEONARD C. |
| P 19) ROBERTSON, CHARLES R. | JAQUES, LEONARD C. |
| P 20) ROCHA, JOSE F. | JAQUES, LEONARD C. |

| PARTY | ATTORNEY |
|-------|----------|
| P 21) RODRIGUES, PETER R. | JAQUES, LEONARD C. |
| P 22) RODRIGUEZ, ARTURO | JAQUES, LEONARD C. |
| P 23) RODRIGUEZ, BIENVENIDO C. | JAQUES, LEONARD C. |
| P 24) RODRIGUEZ, ESMERALDO | JAQUES, LEONARD C. |
| P 25) ROHRSETZER, DANIEL | JAQUES, LEONARD C. |
| P 26) ROJAS, DANIEL | JAQUES, LEONARD C. |
| P 27) ROJAS, DAVID | JAQUES, LEONARD C. |
| P 28) ROMER, ALBERT | JAQUES, LEONARD C. |
| P 29) ROMO, JOSE I. | JAQUES, LEONARD C. |
| P 30) ROSARIO, ISRAEL | JAQUES, LEONARD C. |
| P 31) ROY, GEORGE A. | JAQUES, LEONARD C. |
| P 32) RUBIO, KEITH J. | JAQUES, LEONARD C. |
| P 33) RUCHTY, JOSEPH | JAQUES, LEONARD C. |
| P 34) RUIZ, OSCAR F. | JAQUES, LEONARD C. |

| PARTY | ATTORNEY |
|---|---|
| P 35) RUNDBLAD, DONALD A. | JAQUES, LEONARD C. |
| P 36) RUTHLEDGE, JAMES O. | JAQUES, LEONARD C. |
| P 37) RYALL JR., THEODORE L. | JAQUES, LEONARD C. |
| P 38) RYBERG, DAVID A. | JAQUES, LEONARD C. |
| P 39) SAARI, CARL R. | JAQUES, LEONARD C. |
| P 40) SAIMSON, ROBERT | JAQUES, LEONARD C. |
| P 41) SALAZAR, ALFONSO | JAQUES, LEONARD C. |
| P 42) SALAZAR, ROGELIO J. | JAQUES, LEONARD C. |
| P 43) SALEH, HASSAN M. | JAQUES, LEONARD C. |
| P 44) SALERNO, IGNATIUS | JAQUES, LEONARD C. |
| P 45) SAM, JOHN C. | JAQUES, LEONARD C. |
| P 46) SAMBULA, ZACARIAS | JAQUES, LEONARD C. |
| P 47) SAN FILIPPO, JOSEPH S. | JAQUES, LEONARD C. |
| P 48) SANCHEZ, WILLIAM | JAQUES, LEONARD C. |

| PARTY | ATTORNEY |
|---|---|
| P 49) SANIDAD, HENRY C. | JAQUES, LEONARD C. |
| P 50) SANTIAGO, LOUIS | JAQUES, LEONARD C. |
| P 51) SANTOS, VICTOR M. | JAQUES, LEONARD C. |
| P 52) SAUNDERS, RONALD C. | JAQUES, LEONARD C. |
| P 53) SAYLES, CALEB W. | JAQUES, LEONARD C. |
| P 54) SCARIANO, LUKE B. | JAQUES, LEONARD C. |
| P 55) SCHANDL, FRANK J. | JAQUES, LEONARD C. |
| P 56) SCHEIDT, LEO A. | JAQUES, LEONARD C. |
| P 57) SCHEUERMAN, ROBERT E. | JAQUES, LEONARD C. |
| P 58) SCHINDLER, OTTO W. | JAQUES, LEONARD C. |
| P 59) SCHMITZ, MARVIN A. | JAQUES, LEONARD C. |
| P 60) SCHROEDER, WILLIAM D. | JAQUES, LEONARD C. |
| P 61) SCHWANKE, PHILLIP G. | JAQUES, LEONARD C. |
| P 62) SCOTT, CHARLES M. | JAQUES, LEONARD C. |

| PARTY | ATTORNEY |
|---|---|
| P 63) SELVIG, ROLF S. | JAQUES, LEONARD C. |
| P 64) SERIO, SALBATA | JAQUES, LEONARD C. |
| P 65) SERRANO, GUSTAVO | JAQUES, LEONARD C. |
| P 66) SHANOFF, ROBERT J. | JAQUES, LEONARD C. |
| P 67) SHEEHAN, JOHN J. | JAQUES, LEONARD C. |
| P 68) SHELDON, FRANK M. | JAQUES, LEONARD C. |
| P 69) SHERO, HARVEY E. | JAQUES, LEONARD C. |
| P 70) SHERWOOD, VINCENT L. | JAQUES, LEONARD C. |
| P 71) SHILOH, EARNEST | JAQUES, LEONARD C. |
| P 72) SHINE, DON | JAQUES, LEONARD C. |
| P 73) SHINSKI, RAYMOND G. | JAQUES, LEONARD C. |
| P 74) SIEMSEN, GARY V. | JAQUES, LEONARD C. |
| P 75) SIKAFFY, RALPH | JAQUES, LEONARD C. |
| P 76) SILKETT, FRED F. | JAQUES, LEONARD C. |

| PARTY | ATTORNEY |
|-------|----------|
| P 77) SILVA, WALTER | JAQUES, LEONARD C. |
| P 78) SIMONEAUX SR., LEROY H. | JAQUES, LEONARD C. |
| P 79) SIMOS, SIMEON M. | JAQUES, LEONARD C. |
| P 80) SLAGLE, RICHARD L. | JAQUES, LEONARD C. |
| P 81) SMALLS, GEORGE H. | JAQUES, LEONARD C. |
| P 82) SMITH, EDWARD C. | JAQUES, LEONARD C. |
| P 83) SMITH, HARRY | JAQUES, LEONARD C. |
| P 84) SMITH, JAMES E. | JAQUES, LEONARD C. |
| P 85) SMITH JR., MAJOR | JAQUES, LEONARD C. |
| P 86) SMITH, ROBERT A. | JAQUES, LEONARD C. |
| P 87) SMITH, ROBERT W. | JAQUES, LEONARD C. |
| P 88) SMITH, STANLEY E. | JAQUES, LEONARD C. |
| P 89) SMITH, SYLVESTER | JAQUES, LEONARD C. |
| P 90) SMITH, WILLIAM R. | JAQUES, LEONARD C. |

| PARTY | ATTORNEY |
|-------|----------|
| P 91) SNEAD, HUBERT L. | JAQUES, LEONARD C. |
| P 92) SOBECKI, JOHN J. | JAQUES, LEONARD C. |
| P 93) SOUFFRONT, LUISA F. | JAQUES, LEONARD C. |
| P 94) SOYRING, EUGENE H. | JAQUES, LEONARD C. |
| P 95) SOYRING, RAYMOND E. | JAQUES, LEONARD C. |
| P 96) STACKHOUSE, ROBERT E. | JAQUES, LEONARD C. |
| P 97) STAHL, RALPH E. | JAQUES, LEONARD C. |
| P 98) STAMP, HILDBRAND | JAQUES, LEONARD C. |
| P 99) STANBERRY, EDWARD S. | JAQUES, LEONARD C. |
| P 100) STANQUITS, JACK J. | JAQUES, LEONARD C. |
| P 101) STOKES, RAYMOND | JAQUES, LEONARD C. |
| P 102) STOVALL, HARVEY E. | JAQUES, LEONARD C. |
| P 103) STRICKLAND, GLEN J. | JAQUES, LEONARD C. |
| P 104) STUDY, JOHN | JAQUES, LEONARD C. |

---

| PARTY | ATTORNEY |
|-------|----------|
| P 105) SUAREZ, JORGE | JAQUES, LEONARD C. |
| P 106) SULLIVAN, ROBERT M. | JAQUES, LEONARD C. |
| P 107) SUMMERS, PURCELL | JAQUES, LEONARD C. |
| P 108) SUNG, JOHN | JAQUES, LEONARD C. |
| P 109) SUSKA, VLADK | JAQUES, LEONARD C. |
| P 110) SUTHERLAND, HAL M. | JAQUES, LEONARD C. |
| P 111) SUTHERLAND, JOHN P. | JAQUES, LEONARD C. |
| P 112) SZYMANOWSKI, LEONARD | JAQUES, LEONARD C. |
| P 113) SZYNAL, WALTER L. | JAQUES, LEONARD C. |
| P 114) TABONE, MICHAEL J. | JAQUES, LEONARD C. |
| P 115) TAHTINEN, RICHARD D. | JAQUES, LEONARD C. |
| P 116) TALIAFERRO, WILLIAM | JAQUES, LEONARD C. |
| P 117) TAPARAUSKAS, GEORGE M. | JAQUES, LEONARD C. |
| P 118) TAPIA, CARMELO | JAQUES, LEONARD C. |

--------------------------------------------------------------------------------

| PARTY | ATTORNEY |
|-------|----------|
| P 119) TATE, EUGENE | JAQUES, LEONARD C. |
| P 120) TAYLOR, CHARLES A. | JAQUES, LEONARD C. |
| P 121) TAYLOR, CLYDE A. | JAQUES, LEONARD C. |
| P 122) TAYLOR, DARWIN | JAQUES, LEONARD C. |
| P 123) TAYLOR, GEORGE | JAQUES, LEONARD C. |
| P 124) TAYLOR, PAUL W. | JAQUES, LEONARD C. |
| P 125) TAYLOR, THEODORE | JAQUES, LEONARD C. |
| P 126) TAYLOR, WILLIE | JAQUES, LEONARD C. |
| P 127) TEXIDOR, LUIS C. | JAQUES, LEONARD C. |
| P 128) THOMAS, ROSS J. | JAQUES, LEONARD C. |
| P 129) THOMPSON, DAVID B. | JAQUES, LEONARD C. |
| P 130) THOMPSON, EDWARD C. | JAQUES, LEONARD C. |
| P 131) THOMPSON, WILLIAM J. | JAQUES, LEONARD C. |
| P 132) TIRADO, CARLOS M. | JAQUES, LEONARD C. |

---

| PARTY | ATTORNEY |
|-------|----------|
| P 133) TIRZO, PABLO | JAQUES, LEONARD C. |
| P 134) TITUS, JAMES C. | JAQUES, LEONARD C. |
| P 135) TOIVONEN, SULO A. | JAQUES, LEONARD C. |
| P 136) TOMLINSON, ELSADIA L. | JAQUES, LEONARD C. |
| P 137) TORNIO, DONALD W. | JAQUES, LEONARD C. |
| P 138) TORRACA, JUAN | JAQUES, LEONARD C. |
| P 139) TORRES, JOSE V. | JAQUES, LEONARD C. |
| P 140) TORRES, NICHOLAS | JAQUES, LEONARD C. |
| P 141) TOUSSAINT, LAWRENCE | JAQUES, LEONARD C. |
| P 142) TRASER, WILLIAM C. | JAQUES, LEONARD C. |
| P 143) TRESVANT, WILLIAM D. | JAQUES, LEONARD C. |
| P 144) TRIMBLE, BENNIE L. | JAQUES, LEONARD C. |
| P 145) TUCK, DONALD V. | JAQUES, LEONARD C. |
| P 146) TUCKER, REUBEN F. | JAQUES, LEONARD C. |

----

| PARTY | ATTORNEY |
|-------|----------|
| P 147) TULLOCK, LEO C. | JAQUES, LEONARD C. |
| P 148) TYNES, HOWARD T. | JAQUES, LEONARD C. |
| P 149) TYYKILA, VERNER R. | JAQUES, LEONARD C. |
| P 150) VALENCIA, JORGE | JAQUES, LEONARD C. |
| P 151) SEVEREN, AUGUSTIN VAN | JAQUES, LEONARD C. |
| P 152) VAN BREUKELEN, ANTONIUS | JAQUES, LEONARD C. |
| P 153) VANDERLEE, JACOBUS | JAQUES, LEONARD C. |
| P 154) VARAS SR., JOHN | JAQUES, LEONARD C. |
| P 155) VARGAS, FAUSTINO | JAQUES, LEONARD C. |
| P 156) VARGAS, RAMON L. | JAQUES, LEONARD C. |
| P 157) VASQUEZ, ERNESTO V. | JAQUES, LEONARD C. |
| P 158) VAZQUEZ, JOSE A. | JAQUES, LEONARD C. |
| P 159) VEGA, ALEJANDRO | JAQUES, LEONARD C. |
| P 160) VEGA, ANTONIO | JAQUES, LEONARD C. |

---

| PARTY | ATTORNEY |
|-------|----------|
| P 161) VEGA, SIXTO | JAQUES, LEONARD C. |
| P 162) VIDAILLET, CRISTOBAL | JAQUES, LEONARD C. |
| P 163) VIEIRA, JAMES E. | JAQUES, LEONARD C. |
| P 164) VILLAMOR, FELIX | JAQUES, LEONARD C. |
| P 165) VILLEGAS, MIGUEL A. | JAQUES, LEONARD C. |
| P 166) VOGEL, WILLIAM G. | JAQUES, LEONARD C. |
| P 167) WACHSMUTH JR., JULIAN H. | JAQUES, LEONARD C. |
| P 168) WADSWORTH, EARNEST D. | JAQUES, LEONARD C. |
| P 169) WALKER SR., EDDIE L. | JAQUES, LEONARD C. |
| P 170) WALKER, THOMAS J. | JAQUES, LEONARD C. |
| P 171) WALTERS, AL J. | JAQUES, LEONARD C. |
| P 172) WALTON, JAMES M. | JAQUES, LEONARD C. |
| P 173) WARDEN, MARCELINE I. | JAQUES, LEONARD C. |
| P 174) WARSINSKE, JAMES O. | JAQUES, LEONARD C. |

---

| PARTY | ATTORNEY |
|-------|----------|
| P 175) WASHINGTON, NATHAN I. | JAQUES, LEONARD C. |
| P 176) WASHINGTON, WALTER J. | JAQUES, LEONARD C. |
| P 177) WATERFIELD, RAYMOND E. | JAQUES, LEONARD C. |
| P 178) WEBB, CECIL D. | JAQUES, LEONARD C. |
| P 179) WEIS, WILLIAM B. | JAQUES, LEONARD C. |
| P 180) WEISS, BERNARD L. | JAQUES, LEONARD C. |
| P 181) WELLS, GLENN M. | JAQUES, LEONARD C. |
| P 182) WELLS, WALTER R. | JAQUES, LEONARD C. |
| P 183) WHITE, CARLTON | JAQUES, LEONARD C. |
| P 184) WHITE, GARY A. | JAQUES, LEONARD C. |
| P 185) WHITE III, RODNEY C. | JAQUES, LEONARD C. |
| P 186) WHITE, JOHN J. | JAQUES, LEONARD C. |
| P 187) WHITING, MARLYNN R. | JAQUES, LEONARD C. |
| P 188) WIEME, LARRY A. | JAQUES, LEONARD C. |

| PARTY | ATTORNEY |
|---|---|
| P 189) WILLETS, FRANK D. | JAQUES, LEONARD C. |
| P 190) WILLIAMS, CHARLES C. | JAQUES, LEONARD C. |
| P 191) WILLIAMS, ELIJAH | JAQUES, LEONARD C. |
| P 192) WILLIAMS, ELMO | JAQUES, LEONARD C. |
| P 193) WILLIAMS, ISAIAH R. | JAQUES, LEONARD C. |
| P 194) WILLIAMS JR., WILLIE | JAQUES, LEONARD C. |
| P 195) WILLIAMS, RICHARD | JAQUES, LEONARD C. |
| P 196) WILLIAMS, ROY E. | JAQUES, LEONARD C. |
| P 197) WILLIAMS, SAMUEL | JAQUES, LEONARD C. |
| P 198) WILLIAMS, SYLVESTER | JAQUES, LEONARD C. |
| P 199) WILLIAMS, ZACK | JAQUES, LEONARD C. |
| P 200) WILSON, CHESTER | JAQUES, LEONARD C. |
| P 201) WILSON, HERMAN | JAQUES, LEONARD C. |
| P 202) WILSON, MELVIN W. | JAQUES, LEONARD C. |

RANDLE V FOSTER WHEELER CO

| PARTY | ATTORNEY |
|-------|----------|
| P 203) WINDETT, GEORGE S. | JAQUES, LEONARD C. |
| P 204) WING, YAU V. | JAQUES, LEONARD C. |
| P 205) WINSTEAD, JAMES A. | JAQUES, LEONARD C. |
| P 206) WINSTON, CHRISTIAN | JAQUES, LEONARD C. |
| P 207) WISE, FREGMAN | JAQUES, LEONARD C. |
| P 208) WISE, JAMES | JAQUES, LEONARD C. |
| P 209) WOLFE SR., ALLEN C. | JAQUES, LEONARD C. |
| P 210) WOOD, KELSEY | JAQUES, LEONARD C. |
| P 211) WOODSON, DAVID L. | JAQUES, LEONARD C. |
| P 212) WOZNAK, JOHN | JAQUES, LEONARD C. |
| P 213) WRIGHT, ALONZO | JAQUES, LEONARD C. |
| P 214) WRIGHT, DANIEL L. | JAQUES, LEONARD C. |
| P 215) WRIGHT, TOM H. | JAQUES, LEONARD C. |
| P 216) YANCEY, CHARLES O. | JAQUES, LEONARD C. |

--------------------------------------------------------------------------------

                PARTY                           ATTORNEY

P 217) YEE, GILBERT G.
                                    JAQUES, LEONARD C.


P 218) YELVERTON, JAMES C.
                                    JAQUES, LEONARD C.


P 219) YOUNG, LARRY P.
                                    JAQUES, LEONARD C.


P 220) ZABALA, JUAN E.
                                    JAQUES, LEONARD C.


P 221) ZAVALA, CARLOS H.
                                    JAQUES, LEONARD C.


P 222) ZAVALA, FERNANDO
                                    JAQUES, LEONARD C.


P 223) ZEDA, JOSE
                                    JAQUES, LEONARD C.


P 224) ZESCHITZ, JOSEPH
                                    JAQUES, LEONARD C.


P 225) ZOMBRANO, FEDERICO N.
                                    JAQUES, LEONARD C.


D 226) FOSTER WHEELER CO.
                                    BONEZZI, WILLIAM D.
                                    JACOBSON, MAYNARD, TUSCHMAN & KALUR
                                    1301 EAST NINTH STREET
                                    SUITE 1400
                                    CLEVELAND, OH. 44114
                                    Phone:216-621-5400
                                    ID: 390018093   BAR NUMBER: 18093


D 227) WESTINGHOUSE ELECTRIC CORP.
                                    POWELL, DONALD A.
                                    BUCKINGHAM, DOOLITTLE & BURROUGHS
                                    50 SOUTH MAIN STREET
                                    P.O. BOX 1500
                                    AKRON, OH. 44309
                                    Phone:216-376-5300
                                    ID: 390023527   BAR NUMBER: 23527

RANDLE V FOSTER WHEELER CO

PARTY                                        ATTORNEY

D 228) GENERAL ELECTRIC CO.

HOLLERN, EDWIN J.
GALLAGHER, SHARPE, FULTON & NORMAN
630 BULKLEY BLDG.
1501 EUCLID AVENUE
CLEVELAND, OH. 44115
Phone:216-241-5310
ID:  390040534    BAR NUMBER:  40534

GALLAGHER, MICHAEL R.
GALLAGHER, SHARP, FULTON & NORMAN
600 BULKLEY BLDG.
1501 EUCLID AVENUE
CLEVELAND, OH. 44115
Phone:216-241-5310
ID:  390009209    BAR NUMBER:  0009209

***



DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | 1:89CV10520 |
|---|---|---|
| RANDLE, EMMITT, et al. | FOSTER WHEELER COMPANY, et al. | DOCKET NO. _____<br>PAGE ___ OF ___ PAGE |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 5/15/89 | 1 | COMPLAINT w/JURY DEMAND.  Summ, complt, decision RE:  Mag issd.<br>(8p)  ck |
| 12/4/90 | | SEE MARDOC MASTER DOCKET FOR ALL SUBSEQUENT ENTRIES.<br>　　　FOURTH TRIAL MOTION & OBJECTIONS of deft/3rd-pty deft Foster Wheeler<br>　　　　　Corp. & 3rd-pty defts Foster Wheeler Energy Corp., Anchor Packing<br>　　　　　Co., Plibrico Co., Elliott Co., and A.W. Chesterton Co.  c/m 12/4/90<br>　　　　　(3p+exh)  ck<br>　　　　　(SEE C85-2449 PLDG. NO. 110) |
| 12/10/90 | | 　　　MOTION of deft Foster Wheeler Corporation to strike in toto the cross-cl<br>　　　　　filed by the shipowner defts rep by Thompson, Hine and Flory. w/brf<br>　　　　　in supp.  c/m 12/10/90  (12p)  ck<br>　　　　　(SEE C86-3396 PLDG. NO. 3) |
| 12/12/90 | 2 | REPLY of pltf to motions for summary judgment filed by Product defts.<br>　　c/m 12/10/90  (3p+exhibits) md<br>　　IN RE:  MARDOC ORDER NO. 38 |
| 12/14/90 | | OFFER OF PROOF of deft/third party deft Foster Wheeler Corporation and<br>　　third-party defts Foster Wheeler Energy Corporation, Anchor Packing<br>　　Company, A. W. Chesterton Company, Plibrico Company and Elliott Compa<br>　　c/m 12/14/90 (3p) md<br>　　SEE C85-2449 PLDG. NO. 123 |
| 12/20/90 | | REQUEST of 3rd-pty defts for production of documents propounded<br>　　to defts Cleveland Cliffs Steamship Company & Cleveland Cliffs<br>　　Iron Company.  c/m 12/19/90  (3p+exh)  ck<br>　　(SEE C86-4283 PLDG. NO. 15) |
| 12/21/90 | | MOTION of deft Westinghouse Electric Corporation to dismiss cross-claim.<br>　　c/m 12/21/90  (4p)  ck<br>　　(SEE C86-2255 PLDG. NO. 14) |
| 12/21/90 | | MOTION of deft Westinghouse Electric Corporation to dismiss cross-claim.<br>　　c/m 12/21/90  (5p)  ck<br>　　(SEE C86-2005 PLDG. NO. 11) |
| 12/21/90 | | MOTION of deft Westinghouse Electric Corporation to dismiss cross-claim<br>　　c/m 12/21/90  (4p)  ck<br>　　(SEE C86-4601 PLDG. NO. 8) |
| 1/3/91 | | MOTION of deft/3rd-pty deft General Electric Co. for summary judgment<br>　　directed to pltf Carl W. Rice and to 3rd-pty pltf Interlake Steamshi<br>　　Company w/brf in supp.  c/m 12/31/90  (8p+exh)  ck |
| 1/15/91 | | MOTION of deft General Electric Co to dism cross-claims of certain Shipowner<br>　　defts represented by Thompson, Hine & Flory. c/m 1/15/91. (2 p) pel<br>　　(SEE 1:86CV2005, Pldg No. 15) |
| 1/15/91 | | ANSWER of deft General Electric Co to dism cross-claims of certain Shipowner<br>　　defts represented by Thompson, Hine & Flory. c/m 1/15/91. (2 p) pel<br>　　(SEE 1:86CV2255, Pldg No. 20) (w/Jury demand) |
| 1/15/91 | | ANSWER of deft General Electric Co to dism cross-claims of certain Shipowner<br>　　defts represented by Thompson, Hine & Flory. c/m 1/15/91. (2 p) pel<br>　　(SEE 1:86CV4601, Pldg No. 10) (w/Jury demand) |
| 1/23/91 | | MOTION of deft Foster Wheeler Corp for judg on the pldgs w/brf in supp. c/m 1/23/91<br>　　(5 p) pel  (SEE 1:90CV10522, Pldg No. 3) |
| | | (continued on reversed) |

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|
| | | | DOCKET NO. ___ ___ |
| | | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1/30/91 | | **MOTION** of deft General Electric Co. for judgment on the pleadings. c/m 1/29/91  (3p)  ck **(SEE 1:89CV10522 PLDG. NO. 4)** |
| 1/31/91 | 3 | **RESPONSE** of Westinghouse Electric Corporation to Mardoc Consolidated Disc Req No. 2 to defts.  c/m 2/1/91 (3p)  vp |
| 1/31/91 | 4 | **RESPONSE** of Westinghouse Electric Corp to Mardoc Consolidated Discovery Request No. 2 to defts.  c/m 2/1/91. (3 p) pel |
| 1/31/91 | 5 | **RESPONSES** of Westinghouse Electric Corp to Mardoc Consolidated Discovery Request No. 2 to defts.  c/m 2/1/91 |
| 1/31/91 | 6 | **RESPONSES** of Westinghouse Electric Corp to Mardoc Consolidated Discovery Request No. 2 to defts.  c/m 2/1/91 |
| 2/1/91 | 7 | **RESPONSES** of Westinghouse Electric Corp to Mardoc Consolidated Discovery Request No. 2 to defts.  c/m 2/1/91 |
| 2/1/91 | 8 | **RESPONSES** of Westinghouse Electric Corp to Mardoc Consolidated Discovery Request No. 2 to defts.  c/m 2/1/91 |
| 2/1/91 | 9 | **RESPONSE** of deft Westinghouse Electric Corp. to Mardoc Consolidated Discovery Request No. 6 to defts.  c/m 2/1/91  (8p)  ck |
| 2/1/91 | 10 | **RESPONSE** of deft Westinghouse Electric Corp. to Mardoc Consolidated Discovery Request No. 6 to defts.  c/m 2/1/91  (8p)  ck |
| 2/1/91 | 11 | **RESPONSE** of Westinghouse Electric Corp. to Mardoc Consolidated Discovery Request No. 9 to defts.  c/m 2/1/91  (7p)  md |
| 2/1/91 | 12 | **RESPONSE** of Westinghouse Electric Corp. to Mardoc Consolidated Discovery Request No. 9 to defts.  c/m 2/1/91  (7p)  md |
| 2/1/91 | 13 | **RESPONSE** of Westinghouse Electric Corp. to Mardoc Consolidated Discovery Request No. 9 to defts.  c/m 2/1/91  (7p)  md |
| 2/1/91 | 14 | **RESPONSE** of Westinghouse Electric Corp. to Mardoc Consolidated Discovery Request No. 9 to defts.  c/m 2/1/91  (7p)  md |
| 2/1/91 | | BRIEF of Shipowner defts represented by Thompson, Hine & Flory in opp to deft Foster Wheeler Energy Corporation's mot to strike into the cross-claims. c/m 2/1/91 (10 p) pel **(SEE C86-03396, Pldg No. 14)** |
| 2/6/91 | | REPLY of pltfs to mots of Products defts to dism w/brf in supp. c/m 2/1/91. (3 p)  pel **(SEE 1:89CV10091, Pldg No. 8)** |
| 2/8/91 | | BRIEF in opposition to deft General Electric Company's motion to dismiss the cross-claims of certain shipowner defts represented by Thompson, Hine & Flory.  c/m 2/8/91  (5p)  md **(SEE C86-2005 PLDG NO. 18)** |
| 2/13/91 | | **MOTION** of pltf for substitution of party plaintiff and to file amended complaint w/brf in suppt.  c/m 2/12/91  (9p+exhs)  ck **(SEE C88-3545 PLDG. NO. 6)** |
| 3/11/91 | | MOTION of deft Westinghouse Electric Corp for judg on the pleadings.  c/m 3/11/91. **(SEE 1:89CV10522, PLDG NO. 32)** |
| 3/15/91 | | MOTION of deft/3rd-pty deft Foster Wheeler Corp & third-pty defts Anchor Packing Co., Plibrico Co, & Elliott Co. in limine w/exhs.  c/m 3/15/91. (10 p)  pel **(SEE C85-2449, PLDG NO. 162)** |
| 1/15/91 | | OAL ORDER NO. 120/Attachment D, case closed w/o prej. Lambros, J. Issd 12/26/90. EOD: 2/11/91.  (7 p) pel |
| | | **(SEE COMPUTER FOR FURTHER ENTRIES)** |